UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

CPL ARCHITECTS, ENGINEERS AND LANDSCAPE ARCHITECTS, D.P.C.,

Plaintiff,

v.

ADAM CHAHULSKI and BSA LIFESTRUCTURES, INC.,

Defendants.

**RULE 7.1 STATEMENT**

Civil Action No. 6:25-cv-06746

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1, the undersigned counsel for Plaintiff CPL Architects, Engineers and Landscape Architects, D.P.C. discloses that it does not have parent corporation and no publicly traded company owns 10% or more of its stock.

Dated: December 9, 2025

BOND, SCHOENECK & KING, PLLC

By: _____
Edward P. Hourihan, Jr.
Curtis A. Johnson
Nicholas P. Jacobson
*Attorneys for CPL Architects, Engineers and Landscape Architects, D.P.C.*
350 Linden Oaks, Third Floor
Rochester, New York 14625-2825
Telephone: (585) 362-4700

22724427.v1